Form B16B
6/90

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re:                                         Case No.      07-42085

    Catherine Ulrich
                                               Judge:        Woods

                    Debtor(s)                  Chapter       13


Pay Advices from the Employer for Debtor(s) for a 60-Day Period Preceding the
Commencement of the Case Required by Rule 1007(b) & (c), Fed.R.Bankr.P.


Submitted By:

/s/ Eric Ashman                                8/24/2007
Eric Ashman(0077386)                           Date
Rauser & Associates
614 West Superior Avenue, Suite 950
Cleveland, Ohio 44113
(216) 263-6200

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name | | | | EMP.# | | | | Check No. | | 000136 255563 |
| ULRICH, CATHERINE | | | | 000008679 | | | | 00002469 | | |
| DEPARTMENT 18670 | | | Check Date | 08/10/2007 | | | Pay Period Ending Date | 08/04/2007 | | |

| Earnings Record | | | | | Deductions Record | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD Amount | Description | Amount | YTD Amount | Description | Amount | YTD Amount |
| REGULAR | 69.00 | | 717.60 | 10,948.50 | FED TAX | 56.21 | 855.14 | | | |
| OT HHA | 2.50 | | 39.19 | 281.18 | FICA | 47.72 | 725.71 | | | |
| MILEAGE | | | 28.00 | 444.00 | FICA HI | 11.16 | 169.72 | | | |
| SH DIFF | 26.00 | | 13.00 | 13.00 | OHIO | 16.31 | 247.92 | | | |
| HOLWRK A | | | | 447.30 | YNG CITY | 21.17 | 321.87 | | | |
| ORIENT | | | | 8.56 | PENSION% | 13.47 | 204.84 | | | |
| RETRO | | | | 6.50 | UNW TRU | 2.00 | 32.00 | | | |

| GROSS PAY | | | 797.79 | 12,149.04 | | | | NET PAY | 643.22 | 9,796.68 |

Benefit Hours Available:

Benefit Hours Accr/Avail:

|  |  |  |  |  | 000133 |
|  |  |  |  |  | 246911 |

| Name | EMP.# |  | Check No. |
|---|---|---|---|
| ULRICH, CATHERINE | 000008679 |  | 00002411 |
| DEPARTMENT 18670 | Check Date 07/27/2007 | Pay Period Ending Date | 07/21/2007 |

| Earnings Record |  |  |  |  | Deductions Record |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD Amount | Description | Amount | YTD Amount | Description | Amount | YTD Amount |
| REGULAR | 79.50 |  | 826.80 | 10,230.90 | FED TAX | 65.81 | 798.93 |  |  |  |
| OT HHA | 2.50 |  | 39.00 | 241.99 | FICA | 53.68 | 677.99 |  |  |  |
| MILEAGE |  |  | 28.00 | 416.00 | FICA HI | 12.55 | 158.56 |  |  |  |
| HOLWRK A |  |  |  | 447.30 | OHIO | 20.38 | 231.61 |  |  |  |
| ORIENT |  |  |  | 8.56 | YNG CITY | 23.81 | 300.70 |  |  |  |
| RETRO |  |  |  | 6.50 | PENSION% | 15.15 | 191.37 |  |  |  |
|  |  |  |  |  | UNW TRU | 2.00 | 30.00 |  |  |  |

GROSS PAY 893.80 11,351.25        NET PAY 715.57 9,153.46

Benefit Hours Available:

Benefit Hours Accr/Avail:

|  | Name | | | EMP.# | | | Check No. | 000126 239650 |
|---|---|---|---|---|---|---|---|---|
| ULRICH, CATHERINE | | | | 000008679 | | | 00002354 | |
| DEPARTMENT 18670 | | | Check Date | 07/13/2007 | | Pay Period Ending Date | 07/07/2007 | |
| Earnings Record | | | | | | Deductions Record | | |
| Description | Hours | Rate | Amount | YTD Amount | Description | Amount | YTD Amount | Description | Amount | YTD Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 73.00 | | 759.20 | 9,404.10 | FED TAX | 76.29 | 733.12 | | | |
| HOLWRK A | 7.00 | | 109.20 | 447.30 | FICA | 58.68 | 624.31 | | | |
| OT HHA | 5.00 | | 78.00 | 202.99 | FICA HI | 13.73 | 146.01 | | | |
| MILEAGE | | | 28.00 | 388.00 | OHIO | 23.79 | 211.23 | | | |
| ORIENT | | | | 8.56 | YNG CITY | 26.03 | 276.89 | | | |
| RETRO | | | | 6.50 | PENSION% | 16.56 | 176.22 | | | |
| | | | | | UNW TRU | 2.00 | 28.00 | | | |

| GROSS PAY | | | 974.40 | 10,457.45 | | | | NET PAY | 773.88 | 8,437.89 |

Benefit Hours Available:

Benefit Hours Accr/Avail:

Company 1000 FORUM HEALTH  
Payment Detail Listing  
Date Range 01/01/07 - 07/13/07

11/1/07  
9:51

Page 3

ess Level 18    DACAS NURSING SYSTEMS, INC.    Department 18670 DACAS NURSING SYSTEM

| Employee Name | Hours, Units | Date | Pmt Nbr | Type | Gross Pay | Tax D..n | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| 8679 ULRICH, CATHERINE | | 06/01/07 | 2184 | A.C.H | 345.50 | 50.18 | 2.00 | 35.14 | 293.32 |

Earnings | Units | Amount | Tax Ded | Amount | | Taxable Other Ded | | Amount | Cpy Ded | Amount | Taxable
REGULAR | 32.50 | 331.50 | FED TAX | 12.38 | | 331.50 UNW TRU | | 2.00 | SUI | 6.43 | 331.50
MILEAGE | | 14.00 | FICA | 20.55 | | 331.50 | | | PENSION% | 9.37 | 331.50
| | | FICA HI | 4.81
| | | OHIO | 3.32
| | | YNG CITY | 9.12

Dir Dep Distribution Bank ID 041000124 Bank Account Number 561857012 Deposit Amount 293.32 Description CHECKING

| 8679 ULRICH, CATHERINE | | 06/15/07 | 2246 | A.C.H | 1,208.89 | 264.44 | 2.00 | 123.92 | 942.45 |

Earnings | Units | Amount | Tax Ded | Amount | | Taxable Other Ded | | Amount | Cpy Ded | Amount | Taxable
REGULAR | 100.50 | 1,045.20 | FED TAX | 109.66 | | 1,168.89 UNW TRU | | 2.00 | FICA CO | 72.48 | 1,168.89
MILEAGE | | 40.00 | FICA | 72.48 | | 1,168.89 | | | FI HI CO | 16.95 | 1,168.89
RETRO | | 6.50 | FICA HI | 16.95 | | 1,168.89 | | | SUI | 14.03 | 1,168.89
OT HHA | 2.50 | 39.19 | OHIO | 33.21 | | 1,168.89 | | | PENSION% | 20.46
HOLWRK A | 5.00 | 78.00 | YNG CITY | 32.14

Dir Dep Distribution Bank ID 041000124 Bank Account Number 561857012 Deposit Amount 1,168.89 Description CHECKING

| 8679 ULRICH, CATHERINE | | 06/29/07 | 2303 | A.C.H | 945.80 | 190.02 | 2.00 | 95.77 | 753.78 |

Earnings | Units | Amount | Tax Ded | Amount | | Taxable Other Ded | | Amount | Cpy Ded | Amount | Taxable
REGULAR | 80.00 | 832.00 | FED TAX | 72.00 | | 917.80 UNW TRU | | 2.00 | FICA CO | 56.90 | 917.80
MILEAGE | | 28.00 | FICA | 56.90 | | 917.80 | | | FI HI CO | 13.30 | 917.80
OT HHA | 5.50 | 85.80 | FICA HI | 13.30 | | 917.80 | | | SUI | 9.51 | 794.75
| | | OHIO | 22.58 | | 917.80 | | | PENSION% | 16.06
| | | YNG CITY | 25.24

Dir Dep Distribution Bank ID 041000124 Bank Account Number 561857012 Deposit Amount 917.80 Description CHECKING

Totals Employee | | | | | 9,483.05 | 1,793.04 | 26.00 | 965.57 | 7,664.01

Earnings | Units | Amount | Tax Ded | Amount | | Taxable Other Ded | | Amount | Cpy Ded | Amount | Taxable
REGULAR | 844.00 | 8,644.90 | FED TAX | 656.83 | | 9,123.05 | | 26.00 | FICA CO | 565.63 | 9,123.05
MILEAGE | | 360.00 | FICA | 565.63 | | 9,123.05 | | | FI HI CO | 132.28 | 9,123.05
HOLWRK A | 22.00 | 328.10 | FICA HI | 132.28 | | 9,123.05 | | | SUI | 108.00 | 9,123.05
ORIENT | 1.25 | 8.56 | OHIO | 187.44 | | 9,123.05 | | | PENSION% | 159.66 | 9,000.00
RETRO | | 6.50 | YNG CITY | 250.86
OT HHA | 8.00 | 124.99

Total ACH    7,664.01