**IT IS SO ORDERED.**



ENTERED PURSUANT TO ADMINISTRATIVE ORDER
NO. 08-02: KENNETH J. HIRZ, CLERK OF COURT

BY: /s/ Kelly Migletz
      Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| | ) | |
| CATHERINE ULRICH | ) | CASE NO. 07-42085 |
| | ) | |
| Debtor | ) | **ORDER PROVIDING FOR INCREASED** |
| | ) | **DIVIDEND TO UNSECURED CREDITORS** |

THIS MATTER IS BEFORE THE COURT upon the subjoined consents of the Trustee and the debtor's attorney to increase the dividend to be paid to unsecured creditors, no notice having been given as none is required, and consent to the within Order having been entered by Attorney Michael A. Gallo, Standing Chapter 13 Trustee, and Eric Ashman, attorney for debtor; and,

IT APPEARING TO THE COURT that on August 24, 2007, the debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code, and that the debtor's plan provided for payments of $305.00 monthly for a term of thirty-six months and a 10% dividend to be paid to unsecured creditors; and,

IT FURTHER APPEARING that upon a review of the claims which have been timely filed in the above case and without affecting the debtor's payments into her Chapter 13 plan, that the plan generates sufficient monies to provide for a 13% dividend to be paid to unsecured creditors; and,

IT FURTHER APPEARING that there is no adverse effect upon the creditors of the debtor's estate in that the dividend to be paid to unsecured creditors is being increased pursuant to the terms of the within Order.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that unsecured creditors shall be paid a dividend of 13% of their allowed claims within the Chapter 13 proceeding.

###

SUBMITTED & APPROVED BY:


/s/ MICHAEL A. GALLO, TRUSTEE
MICHAEL A. GALLO, TRUSTEE


/s/ ERIC ASHMAN
ERIC ASHMAN, ESQ.
Attorneys for Debtor

CH13:tam ULRICH.Ord 3/11/08

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| | ) | |
| CATHERINE ULRICH | ) | CASE NO. 07-42085 |
| | ) | |
| Debtor | ) | KAY WOODS |
| | ) | U.S. BANKRUPTCY JUDGE |

## **INSTRUCTIONS TO CLERK**

Please serve the following with a copy of the ORDER PROVIDING FOR INCREASED DIVIDEND TO BE PAID TO UNSECURED CREDITORS:

ERIC AHSMAN, ESQ.
614 W. Superior
Suite 950
Cleveland, OH 44113
(Attorney for Debtor)

CATHERINE ULRICH
265 Alameda Avenue
Youngstown, OH 44504
(Debtor)

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503
(Standing Chapter 13 Trustee)